Phillip A. Talbert
United States Attorney
Antonio J. Pataca
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
Oct 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN CARLOS RUIZ JR, AKA "GOER"; ANGEL SANCHEZ, AKA "MOUSE"; ALMA SANCHEZ; CARLOS ERNESTO FRANCO; SOSTENES QUINTERO LOPEZ, AKA "SOSTENES QUINTERO", AKA "CHAPARRO"; AND JAVIER ALFONSO LOPEZ LOPEZ <br><br> Defendants. | CASE NO. 1:22-cr-00267 JLT-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 6, 2022 charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine and Cocaine (6 Counts); 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting (9 Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (2 Counts); 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to

Deal Firearms without a License; 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms without a License; 18 U.S.C. § 1952(a)(3) – Use of an Interstate Facility in Aid of Racketeering (2 Counts); 21 U.S.C. §§ 846, 841(a)(1) – Manufacture and Attempted Manufacture of Methamphetamine (2 Counts); 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: October 6, 2022                     Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                           By     /s/ Antonio J. Pataca
                                           ANTONIO J. PATACA
                                           Assistant U.S. Attorney

                    IT IS SO ORDERED.

Dated:  October 6, 2022
                                           _____
                                           ~~BARBARA MCAULIFFE~~
                                           U.S. Magistrate Judge

                                           **Erica P. Grosjean, U.S. Magistrate Judge**

Motion to Seal Indictment                  2