**FILED**

Oct 06, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                 v.<br><br>JUAN CARLOS RUIZ JR,<br>    AKA "GOER";<br>ANGEL SANCHEZ,<br>    AKA "MOUSE";<br>ALMA SANCHEZ,<br>CARLOS ERNESTO FRANCO,<br>SOSTENES QUINTERO LOPEZ,<br>    AKA "SOSTENES QUINTERO";<br>    AKA "CHAPARRO"; AND<br>JAVIER ALFONSO LOPEZ LOPEZ,<br><br>                 Defendants. | CASE NO. 1: 22-CR-00267-JLT-SKO<br><br>ORDER FILING REDACTED INDICTMENT AND UNSEALING REDACTED INDICTMENT AND ARREST WARRANTS |

    The United States having applied to this Court for an indictment and arrest warrant in the above-captioned proceedings and having applied for the indictment and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants with respect to Juan Carlos Ruiz Jr., Angel Sanchez, Alma Sanchez, Sostenes Quintero Lopez, and Javier Alfonso Lopez Lopez now having been executed and the need for sealing with respect to these defendants has ceased;

    IT IS ORDERED that the indictment filed in the above-entitled matter shall remain sealed; the United States shall file a copy of the indictment on the public docket that is redacted to conceal the

identity of the co-defendant who has not yet been apprehended. The unredacted indictment shall remain sealed.

Dated:  October 6, 2022

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE