PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00267-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | DATE: 8/16/2023 |
| JUAN CARLOS RUIZ JR,<br>ANGEL SANCHEZ,<br>SOSTENES QUINTERO LOPEZ,<br>JAVIER ALFONSO LOPEZ LOPEZ,<br>CARLOS ERNESTO FRANCO SARABIA | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 8/16/2023.

2. By this stipulation, defendant now moves to continue the status conference until 11/15/2023, and to exclude time between 8/16/2023, and 11/15/2023, under 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, video, audio recordings,

cell phone extractions, and other voluminous materials.   On or about January 13, 2023, the government produced approximately 430 GBs of supplemental discovery.

   b) Counsel for defendants desire additional time to consult with their clients, review the voluminous discovery, conduct independent investigation, and pursue a potential pretrial resolution of the case.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 8/16/2023 to 11/15/2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T4] because it is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  August 7, 2023 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>JUAN CARLOS RUIZ |
| Dated:  August 7, 2023 | /s/ PETER JONES<br>PETER JONES<br>Counsel for Defendant<br>ANGEL SANCHEZ |
| Dated:  August 7, 2023 | /s/ HRISTO K. BIJEV<br>HRISTO K. BIJEV<br>Counsel for Defendant<br>SOSTENES QUINTERO LOPEZ |
| Dated:  August 7, 2023 | /s/ GERONIMO GUTIERREZ<br>GERONIMO GUTIERREZ<br>Counsel for Defendant<br>JAVIER ALFONSO LOPEZ LOPEZ |
| Dated:  August 7, 2023 | /s/ ROGER WILSON<br>ROGER WILSON<br>Counsel for Defendant<br>CARLOS ERNESTO FRANCO SARABIA |

**ORDER**

IT IS SO ORDERED.

DATED: 8/10/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE