PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ JR,<br>JAVIER ALFONSO LOPEZ LOPEZ,<br>CARLOS ERNESTO FRANCO SARABIA<br><br>Defendants. | CASE NO. 1:22-CR-00267-JLT-SKO<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE<br><br>DATE: 5/16/2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on 5/15/2024. Additionally, trial was previously set to begin on October 16, 2024.

2.      By this stipulation, defendant now moves to vacate the status conference and maintain the currently scheduled trial date.

3.      No further time exclusion is necessary as time was previously excluded from March 6, 2024, to October 16, 2024.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1

must commence.

IT IS SO STIPULATED.


Dated:  May 8, 2024

PHILLIP A. TALBERT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: May 8, 2024

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
JUAN CARLOS RUIZ


Dated: May 8, 2024

/s/ LUIS BUSTAMANTE
LUIS BUSTAMANTE
Counsel for Defendant
JAVIER ALFONSO LOPEZ
LOPEZ


Dated:  May 8, 2024

/s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant
CARLOS ERNESTO FRANCO
SARABIA


**ORDER**

IT IS SO ORDERED.


Dated:  5/8/2024

*Sheila K. Oberto*

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE