MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
      JUAN CARLOS RUIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ,<br><br>                       Defendant. | Case No.: 1:22-CR-00267-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  February 3, 2025<br>Time:  9:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for February 3, 2025, at 9:00 a.m., be continued to April 7, 2025, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

    This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel to meet with Defendant and prepare appropriate pre-sentencing documents. Mr. Ruiz is facing a sentence of more than 10 years and counsel needs additional time to meet with the client, who in incarcerated. Additionally, Counsel's schedule has been impacted due to prior scheduling conflicts and the holidays.

    Counsel for Defendant has spoken with Assistant U. S. Attorney, Antonio Pataca, who has no objection to this continuance.

///

///

Dated: January 6, 2025.   Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant

Dated: January 6, 2025.   UNITED STATES ATTORNEY'S OFFICE

/s/ Antonio Pataca

ANTONIO PATACA
Assistant U.S. Attorney

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on February 3, 2025, at 9:00 a.m. is continued to April 7, 2025**, at 9:00 a.m**.

IT IS SO ORDERED.

Dated:   **January 7, 2025**

UNITED STATES DISTRICT JUDGE