MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
        JUAN CARLOS RUIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ,<br><br>                    Defendant. | Case No.: 1:22-CR-00267-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date: April 7, 2025<br>Time: 9:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for April 7, 2025, at 9:00 a.m., be continued to June 2, 2025, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant is scheduled to be out of the country from March 6, 2025, through March 21, 2025, the time during which informal objections are due, and additional time is needed for counsel to meet with Defendant and prepare the appropriate sentencing documents.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Antonio Pataca, who has no objection to this continuance.

///

///

1

Dated: March 6, 2025.                    Respectfully Submitted,

                                                LAW OFFICE OF MARK W. COLEMAN

                                                /s/ MARK W. COLEMAN

                                                MARK W. COLEMAN
                                                Attorney for Defendant

Dated: March 6, 2025.                    UNITED STATES ATTORNEY'S OFFICE

                                                /s/ Antonio Pataca

                                                ANTONIO PATACA
                                                Assistant U.S. Attorney

* * * * * * * * * *

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on April 7, 2025, at 9:00 a.m. is continued to June 2, 2025**, at 9:00 a.m**.

IT IS SO ORDERED.

   Dated:   **March 6, 2025**

                                                  UNITED STATES DISTRICT JUDGE