MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
　　　　JUAN CARLOS RUIZ, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ, JR.,<br><br>　　　　　　　　Defendant. | Case No.: 1:22-CR-00267-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF JUAN CARLOS RUIZ, JR. AS ATTORNEY OF RECORD AND ORDER** |

　　　　On October 11, 2022, Defendant, JUAN CARLOS RUIZ, JR., was indicted on federal charges. CJA Panel Attorney Mark W. Coleman was appointed as trial counsel to represent Mr. Ruiz on October 13, 2022, in his criminal case. Mr. Ruiz was sentenced pursuant to a plea agreement on June 2, 2025. The time for filing a direct appeal was June 19, 2025. No direct appeal was filed. Mr. Ruiz was in custody at sentencing. The trial phase of Mr. Ruiz's criminal case has, therefore, come to an end. Having completed his representation of Mr. Ruiz, CJA attorney Mark W. Coleman now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Mr. Ruiz require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno,

1

CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 24, 2025.                    Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant

## ORDER

Having reviewed the notice and found that attorney Mark W. Coleman has completed the services for which he was appointed, the Court hereby grants attorney Coleman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Juan Carlos Ruiz at the following address and to update the docket to reflect Defendant's pro se status and contact information.

///
///
///
///
///
///

```
Juan Ruiz
Register Number 25197-510
FCI Tucson
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 23811
TUCSON, AZ   85734
```

IT IS SO ORDERED.

Dated: **July 25, 2025**

_____
UNITED STATES DISTRICT JUDGE